No. 76–1650. OHRALIK *v.* OHIO STATE BAR ASSN. Sup. Ct. Ohio; and

No. 77–56. IN RE SMITH. Sup. Ct. S. C. [Probable jurisdiction noted, *ante,* p. 814.] Motion of Public Citizen et al. for leave to file a brief as *amici curiae* granted.

No. 77–25. FLAGG BROS., INC., ET AL. *v.* BROOKS ET AL.;

No. 77–37. LEFKOWITZ, ATTORNEY GENERAL OF NEW YORK *v.* BROOKS ET AL.; and

No. 77–42. AMERICAN WAREHOUSEMEN'S ASSN. ET AL. *v.* BROOKS ET AL. C. A. 2d Cir. [Certiorari granted, *ante,* p. 817.] Motion of petitioners for additional time for oral argument denied. Alternative request for divided argument granted.

No. 77–5713. MAYFIELD *v.* UNITED STATES. Motion for leave to file petition for writ of habeas corpus denied.

No. 77–5608. NORMAN *v.* McGOVERN, CHIEF JUDGE, U. S. DISTRICT COURT. Motion for leave to file petition for writ of mandamus denied.

No. 77–293. KULKO *v.* SUPERIOR COURT OF CALIFORNIA IN AND FOR THE CITY AND COUNTY OF SAN FRANCISCO (HORN, REAL PARTY IN INTEREST). Appeal from Sup. Ct. Cal. Further consideration of question of jurisdiction postponed to hearing of case on the merits.

No. 77–444. PENN CENTRAL TRANSPORTATION CO. ET AL. *v.* NEW YORK CITY ET AL. Appeal from Ct. App. N. Y. Probable jurisdiction noted.

No. 77–178. ROBERTSON *v.* WEGMANN, EXECUTOR, ET AL. C. A. 5th Cir. Certiorari granted.